AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Mr. William Theoplas Coleman,<br>*Plaintiff*<br>v.<br><br>York County Detention Center; Administrator J.<br>Ramsey *also known as Warden J. Ramsey*; Captain<br>Brady; Officer Sikes; Officer Plemmons; Officer<br>Dillinger; Officer Cassel; Nurse Wright,<br>*Defendants* | )<br>)<br>)<br>)<br>)  Civil Action No.  1:20-cv-04369-JFA |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

■ The plaintiff, Mr. William Theoplas Coleman, shall take nothing of the defendants, York County Detention Center,
Administrator J. Ramsey *also known as Warden J. Ramsey*, Captain Brady, Officer Sikes, Officer Plemmons, Officer
Dillinger, Officer Cassel and  Nurse Wright and this action is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., Senior United States District Judge, presiding, adopting the Report
and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended
dismissing  the action.

Date:   February 23, 2021                              *ROBIN L. BLUME, CLERK OF COURT*


                                                                s/L. Baker
                                          _____
                                                      *Signature of Clerk or Deputy Clerk*